**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| HAKIM KAMAU,<br><br>                    Petitioner,<br><br>vs.<br><br>SUPERINTENDENT ED BUSS,<br><br>                    Respondent. | No. 1:06-cv-1606-SEB-VSS |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 01/24/2007

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Hakim Kamau
DOC #923548
Indiana State Prison
P.O. Box 41
Michigan City, IN 46360